# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIC BUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 06-2319-KHV |
| NATIONAL COLLEGIATE ) | |
| ATHLETIC ASSOCIATION and ) | |
| THE UNIVERSITY OF KANSAS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

Plaintiff Eric Butler filed this action on July 31, 2006, alleging that defendants violated his rights under Title IX of the Education Amendments Act of 1972, 20 U.S.C. § 1681 *et seq.*, and 42 U.S.C. § 1983. On August 14, 2006, defendants each filed a motion to dismiss, and defendant National Collegiate Athletic Association filed a motion to intervene in the event the Court granted its motion to dismiss. See Docs. ##5, 7, 13. On August 17, 2006, plaintiff filed an amended complaint with leave of Court. See Doc. #24. In response, defendants have not filed answers or motions under Rule 12, Fed. R. Civ. P.[1]

**IT IS THEREFORE ORDERED that Defendant NCAA's Motion To Dismiss Count I (Doc. #5), NCAA's Application To Intervene (Doc. #7) and Defendant University Of Kansas' Motion To Dismiss Count II, Plaintiff's § 1983 Claim, For Lack Of Jurisdiction (Doc. # 13), all filed August 14, 2006, be and hereby are OVERRULED as moot.**

**IT IS FURTHER ORDERED that on or before October 30, 2006, defendants shall serve**

---

[1] Because plaintiff filed an amended complaint, defendants' previously filed motions to dismiss are moot.

**answers or file renewed motions to dismiss.**

Dated this 19th day of October, 2006 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge